PATRICIA L. GLASER - State Bar No. 55668
pglaser@glaserweil.com
KERRY GARVIS WRIGHT - State Bar No. 206320
kgarviswright@glaserweil.com
RORY S. MILLER - State Bar No. 238780
rmiller@glaserweil.com
GLASER WEIL FINK HOWARD
  AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone:  (310) 553-3000
Facsimile:   (310) 556-2920

Attorneys for Defendants
Gurbaksh Chahal, Nikhil Sharma,
and Gravity4, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| YOUSEF KHRAIBUT,<br><br>Plaintiff,<br><br>v.<br><br>GURBAKSH CHAHAL, et al.,<br><br>Defendants. | CASE NO.: 3:15-cv-04463-CRB<br>Hon. Charles R. Breyer<br><br>**[PROPOSED] ORDER ON DEFENDANTS' MOTION TO COMPEL ARBITRATION**<br><br>DATE:     January 29, 2016<br>TIME:     10:00 a.m.<br><br>TRIAL DATE:   None Set |

1  The Court, having reviewed Defendants' Motion to Compel Arbitration and the papers and
2  arguments submitted in support thereof, and good cause appearing,
3  **IT IS THEREFORE ORDERED THAT** all claims asserted by Plaintiff Yousef Khraibut
4  in this action must be submitted to binding arbitration; and
5  **IT IS FURTHER ORDERED THAT** any and all proceedings before this Court are stayed
6  pending the outcome of that binding arbitration.

8  **SO ORDERED.**
9  DATED: _____          By: _____
10                                                Hon. Charles R. Breyer
                                                  Senior District Judge