1  HARMEET K. DHILLON (SBN: 207873)
   harmeet@dhillonlaw.com
2  KRISTA L. BAUGHMAN (SBN: 264600)
   kbaughman@dhillonlaw.com
3  DHILLON LAW GROUP INC.
   177 Post Street, Suite 700
4  San Francisco, California 94108
5  Telephone: (415) 433-1700
   Facsimile: (415) 520-6593
6
7  Attorneys for Plaintiff Yousef Khraibut

8  **IN THE UNITED STATES DISTRICT COURT**

9  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11 | YOUSEF KHRAIBUT, an individual, | Case Number: 15-CV-4463 CRB |
12 | Plaintiff, | **STIPULATION AND [PROPOSED]** |
13 | v. | **ORDER EXTENDING BRIEFING SCHEDULE FOR MOTION TO COMPEL** |
14 | | **ARBITRATION** |
15 | GURBAKSH CHAHAL, an individual, GRAVITY4, INC. d/b/a GRAVITY4 SOFTWARE, INC., a Delaware corporation, and DOES 1-10. | |
16 | | |
17 | Defendants. | |
18 | | |

19

20       Pursuant to Local Rules 6-1, 6-2, and 7-12, and this Court's Standing Orders, the Parties
21 hereby set forth the following Stipulation and [Proposed] Order Extending the Briefing Schedule for
22 Defendants' Motion to Compel Arbitration, Docket 15.
23       On November 20, 2015, Defendants Gurbaksh Chahal, Nikhil Sharma, and Gravity4, Inc.
24 ("Defendants") filed a Motion to Compel Arbitration, Docket 15 (the "Motion"). The Court has set
25 the briefing schedule as follows: Plaintiff Yousef Khraibut's Response due on December 4, 2015;
26 Defendants' Reply due on December 11, 2015. The hearing on the Motion is scheduled for January
27 29, 2016.
28       Due to the intervening federal holiday that takes place between the filing of the Motion and



1

Stipulation and [Proposed] Order Extending Briefing Schedule
For Motion to Compel Arbitration                                    Case No.15-CV-4463CRB

Plaintiff's deadline to file a Response, and due to the subsequent federal holidays and pre-arranged travel plans of counsel, the Parties have discussed and agreed to stipulate to a continuance of their respective pleading deadlines, as follows:

1. An extension of Plaintiff's deadline to file a Response to the Motion, from December 4, 2015, until and including December 18, 2015;
2. An extension of Defendants' deadline to file a Reply in support of the Motion, from December 11, 2015, until and including January 15, 2016.

Good cause exists for this request, in light of the intervening federal holidays. The hearing date shall remain unaffected, and shall continue to be set for January 29, 2016. No previous time modifications have been requested in this case, either by stipulation or Court order. The requested time modification will have no effect on the schedule of the case, or the hearing deadline.

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Date: November 24, 2015

DHILLON LAW GROUP INC.

By:

/s/ Harmeet K. Dhillon
Harmeet K. Dhillon
Krista L. Baughman
Attorneys for Plaintiff Yousef Khraibut

Date: November 24, 2015

GLASER WEIL FINK HOWARD AVCHEN & SHAPIRO LLP

By:

/s/ Rory S. Miller
Patricia L. Glaser
Kerry Garvis Wright
Rory S. Miller
Attorneys for Defendants Gurbaksh Chahal, Nikhil Sharma, and Gravity4, Inc.

1

2

3  **PURSUANT TO STIPULATION, IT IS SO ORDERED**

4

5

6  DATED:  November 25, 2015                    

     United States District Judge Breyer

7



Stipulation and [Proposed] Order Extending Briefing Schedule
For Motion to Compel Arbitration                                     Case No.15-CV-4463CRB

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

In accordance with Civil Local Rule 5-1(i)(3), I attest concurrence in the filing of this document has been obtained from the other signatory to this document.

Date: November 24, 2015          DHILLON LAW GROUP INC.

By:
/s/ Harmeet K. Dhillon
Harmeet K. Dhillon
Krista L. Baughman
Attorneys for Plaintiff Yousef Khraibut