HARMEET K. DHILLON (SBN: 207873)
harmeet@dhillonlaw.com
KRISTA L. BAUGHMAN (SBN: 264600)
kbaughman@dhillonlaw.com
DHILLON LAW GROUP INC.
177 Post Street, Suite 700
San Francisco, California 94108
Telephone: (415) 433-1700
Facsimile: (415) 520-6593

Attorneys for Plaintiff Yousef Khraibut

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| YOUSEF KHRAIBUT, <br><br> Plaintiff, <br><br> v. <br><br> GURBAKSH CHAHAL, an individual; NIKHIL SHARMA, an individual; GRAVITY4, INC. d/b/a GRAVITY4 SOFTWARE, INC., a Delaware corporation; and DOES 1-10, <br><br> Defendants. | CASE NO. 3:15-cv-04463-CRB <br><br> Hon. Charles R. Breyer <br><br> **DECLARATION OF PLAINITFF YOUSEF KHRAIBUT IN SUPPORT OF OPPOSITION TO MOTION TO COMPEL** <br><br> DATE: February 12, 2016 <br> TIME:    10:00 a.m. <br><br> TRIAL DATE:   None Set |

I, Yousef Khraibut, declare as follows:

1. I am the Plaintiff in the above-captioned case. I submit this declaration pursuant to Civil Local Rule 7-5, in support of the Plaintiff's Opposition to the Defendant's Motion to Compel Arbitration. I have personal knowledge of the facts contained in this declaration, and if called upon, I could and would competently and truthfully testify as follows:

2. I am a 21-year-old citizen of Canada. Around 2012, I was introduced to Gurbaksh



1

Declaration of Yousef Khraibut                                                                                                   Case No.15-CV-04463-CRB

Chahal ("Chahal"). We stayed in touch during the years leading up to the summer of 2014, and prior to the events at issue in the Complaint, I looked up to Chahal as a mentor. Chahal was 13 years older than me, and was an entrepreneur in the technology industry. As a teenager just starting in this field, I also wanted to be a leader in the technology industry like Chahal. Chahal knew of this and used it to his advantage to manipulate me into doing his bidding.

3. In June 2014, Chahal was fired as CEO of his prior company, RadiumOne, because he assaulted his girlfriend in his home in 2013, and then pled guilty. Chahal founded Gravity4, in an attempt to overcome his negative public image in the technology community by starting over.

4. On June 17, 2014, Chahal and his co-founder, Dan Grigorovici, attempted to recruit me to Chahal's latest company, Gravity4. They both made a presentation for me, stating their intentions to make me a part of the executive team.

5. Shortly following this presentation, I flew back to Ontario, Canada, and emailed terms of employment to Chahal. I stated that among other requests, I wanted a leadership position, a salary of $9,200 a month, founder stock options, Visa sponsorship, and aesthetic authority over all projects I managed. Chahal stated that the salary was a bit too high, and that we would discuss it further. Chahal did not object to anything else. See Exhibit A, attached.

6. We discussed these terms over the phone, and came to an oral agreement that was nearly identical to the one I proposed. Gravity4 was to employ me in a leadership position, pay me salary of $6,000 per month, offer me 1% equity in the form of founder stock options, and sponsor an immediate employment visa so I could legally work in the United States.

7. At no point was arbitration mentioned as a condition of my employment with Gravity4.

8. Despite our oral agreement, Gravity4 never provided me with any employment-related documents when I started working, nor did Gravity4 ever process my visa paperwork to make me eligible for legal employment in the United States. I was the company's third employee, and at that time, there was no human resources department or any other administrative infrastructure.

9. Even after I began my employment with Gravity4, I do not recall ever signing any documents. I have checked my emails for a copy of the "Agreement" Michelle Louangamath



purports to have sent me in her declaration in support of Defendants' Motion to Compel Arbitration; however, I have found nothing that suggests this document was emailed to me.

10. Gravity4 also never processed the visa paperwork in order to make me eligible for legal employment in the United States, as I am a Canadian citizen. Gravity4 paid for me to come to San Francisco for my work with Gravity4. Chahal suggested that my airfare ticket be booked round-trip, with the return ticket to be cancelled later, for the purpose of me having a smooth encounter with U.S. immigration authorities at the airport.

11. I began working for Gravity4, not Chahal, on June 22, 2014, a few days after we reached an agreement on my terms of employment. Chahal insisted that I begin work immediately, even before my visa paperwork came through, because as CEO, Chahal wanted to launch Gravity4 on his birthday, July 17, 2014.

12. During my employment, I worked 20-hour days without ever receiving a paycheck. Chahal would refer to me using inappropriate and derogatory terms. I informed him that I did not find this abuse amusing. However, Chahal did not stop.

13. I was housed in an apartment in the same building in which Chahal lived in, for his convenience. He would constantly contact me at random times, day or night, with random requests, and I was expected to comply.

14. Chahal and Gravity4 never made me a legal resident of the U.S.; instead, Chahal went on to suggest that, rather than pursue U.S. work papers through the legal process, I instead become authorized to work in Bermuda or Ireland, but continue working in the U.S. as if I had a proper visa. See Exhibit B, attached. Though I routinely followed up with Chahal concerning the status of my immigration papers, the process was never completed. Whenever I would inquire about my visa application or my overdue salary, Chahal would lie and insist that I had not sent him all the documentation he required, specifically, my resume. Even though I had sent him my resume multiple times, I would still comply with his wishes, and send him copies every time he asked.

15. Whenever I requested my employment papers or my unpaid compensation, Chahal would state, "first, let's make you legal." One example of this is found in the attached Exhibit C, a

Skype chat exchange with Chahal on August 10, 2014. Chahal repeatedly and explicitly threatened me with my "illegal" status, holding it over me as a weapon to force me to do his bidding.

16. To the extent my employer, Gravity4, placed something in front of me to sign, I did not and do not believe it to be valid, since Chahal kept stating and reminding me that I was still an illegal immigrant.

17. On September 17, 2014, Chahal, while he was still on probation from his previous domestic violence assault, had a violent altercation with a second female in his bedroom. Chahal's attack prompted her to call the police, and meanwhile, Chahal called me up to his apartment. He instructed me to tell the police that I had been in Chahal's condominium during the incident, and to corroborate his story that his bodyguard, Moepulou Alaisa, had also been present and awake during the incident. He wanted me to further state that Alaisa had gently escorted the female from Chahal's bedroom after an argument, and nothing more.

18. I was not willing to lie to the authorities.

19. The days following the second domestic abuse incident, Chahal's behavior and threats against me became unbearable. Chahal used my lack of legal residency to threaten me, sending text messages that stated I had "2 minutes to get your sorry ass up to my place…before I book your ass to Toronto now. And I am not joking." See Exhibit D, attached. He sent these text messages at 6:24 in the morning. I complied with Chahal's wishes immediately, as was expected of me.

20. Less than two weeks after I refused to lie to the police for Chahal, I was terminated from Gravity4.

21. Gravity4 did not pay me at any time during my employment with the company, nor did I sign any employment documentation, nor was my visa paperwork ever processed.

22. It was not until after I was fired that Gravity4, not Chahal, paid me my overdue wages. Gravity4, however, refused to provide my stock options and the other consideration promised.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

///



1    Executed on December 18, 2015, at Ontario, Canada.

2   Date: December 18, 2015

3                                      By: _____
4                                           Yousef Khraibut



Declaration of Yousef Khraibut                                  Case No.15-CV-04463-CRB

# EXHIBIT A



Yousef Khraibut <ysfbintaleb@gmail.com>

## Next steps
9 messages

---

**Gurbaksh Chahal** <gchahal@gravity4.com>     Mon, Jun 16, 2014 at 4:37 PM
To: "dan@gravity4.com" <dan@gravity4.com>, Yousef Khraibut <ysfbintaleb@gmail.com>

Yousef, wanted you to circle back with Dan on next steps and see if
your interested in proceed forward.

Sent from my iPhone

---

**Yousef Khraibut** <ysfbintaleb@gmail.com>     Mon, Jun 16, 2014 at 6:06 PM
To: Gurbaksh Chahal <gchahal@gravity4.com>
Cc: "dan@gravity4.com" <dan@gravity4.com>

gents, hope you guys had a great weekend.

i am thrilled at this opportunity and am both all-ears and am interested in proceeding. dan: can i get an offer in
writing to better understand and assess this opportunity?

i'm excited to learn more about gravity4 and build this company.

best, yk
[Quoted text hidden]

---

**Gurbaksh Chahal** <gchahal@gravity4.com>     Mon, Jun 16, 2014 at 6:09 PM
To: Yousef Khraibut <ysfbintaleb@gmail.com>
Cc: "dan@gravity4.com" <dan@gravity4.com>

Can you sign this MNDA and we can share more about the product offering and where you could fit.

You can PDF it back to us.
[Quoted text hidden]

 **Gravity4 - Mutual Non-Disclosure Agreement (NDA).DOC**
53K

---

**Yousef Khraibut** <ysfbintaleb@gmail.com>     Mon, Jun 16, 2014 at 7:16 PM
To: Gurbaksh Chahal <gchahal@gravity4.com>
Cc: "dan@gravity4.com" <dan@gravity4.com>

done. mnda attached.
[Quoted text hidden]

 **mnda_g4_yk.pdf**
14279K

---

**Dan Grigorovici** <dan@gravity4.com>     Tue, Jun 17, 2014 at 9:30 AM
To: Yousef Khraibut <ysfbintaleb@gmail.com>
Cc: Gurbaksh Chahal <gchahal@gravity4.com>

Yousef, I'll call you today, when is best time?

Dan Grigorovici
CPO, Co-founder
Cell: 925.353.6845

Sent from my iPhone 5

[Quoted text hidden]

        <mnda_g4_yk.pdf>

---

**Yousef Khraibut** <ysfbintaleb@gmail.com>          Tue, Jun 17, 2014 at 11:44 AM
To: Dan Grigorovici <dan@gravity4.com>
Cc: Gurbaksh Chahal <gchahal@gravity4.com>

i'm available anytime after 1pm est/9am pdt. just let me know when works. my number: 1.226.978.5185

[Quoted text hidden]

---

**Yousef Khraibut** <ysfbintaleb@gmail.com>          Wed, Jun 18, 2014 at 1:08 AM
To: Dan Grigorovici <dan@gravity4.com>
Cc: Gurbaksh Chahal <gchahal@gravity4.com>

g/dan, thanks for the presentation.

i like where you're trying to go with gravity4 because i think it's a bold concept. the one click revolution is something that has always lingered in my head in other realms of software, similar to amazon's checkout strategy. i actually conceptualized and designed a version of OCR and purchasing with Steelos, but i never got around to building it precisely how i bold i wanted. i created it's fluidity and if that was on a bigger-scale commerce platform, it would be flawless.

so i think we're similar-minded in the way the industry needs to shape towards and our overall product design stance. we can make the chic-est adtech platform around today, very quickly.

i know we spoke of a product management role, but in our call *i think* you mentioned ui designer. i'm not particularly interested in a technical role like that (if that's what you meant).. albeit i can design, and am comfortable wearing different hats. however, i would rather provide direction and work with fluent talent who can execute their functional expertise in iconography, menus, ui, platform fluidity, etc. i'm familiar with creating outstanding digital masterpieces.

as this is a foreign opportunity for me (both geographically and somewhat positionally), i have been following gurbaksh for half a decade. i believe it is sometimes more powerful to join something bigger. in order to justify and make this happen (for me at least), i would need the following:

- a product manager (design+engineering) role with a focus on ux, ui, design, product/platform strategy
- $9,200/month
- founder stock options, incentivized bonus structure, etc.
- growth opportunities within g4 as it grows
- reasonable-time accommodation in sf just to get everything figured out
- visa sponsorship (we can work on this)
- would like to know who i'd work with on design/eng team under dan
- i am absolutely obsessive about details when it comes to design so i want some authority (under DC) over gravity4 branding and overall aesthetic (platform and main page). this is very selfish on my part, but i can absolutely guarantee you it will be beneficial on g4's part. i realize this is probably more of 'marketing' work, but you won't be disappointed. with a few changed and a parallax-based design (like square), like i told g: we can create the aston martin of adtech.
- i have several ideas and if i could work with the executional team you have in place, it will take me a day or so to freshen everything up, if it needs to be. if i can be involved in the branding and cultural process of g4, it will be game changing.

if it's in the cards, let's do it. i can give you an exact eta by thurs/fri. i don't anticipate it being long at all.. i would love to get building a.s.a.p. i am a polyphasic sleeper, so long hours and hustle is what i bring naturally. if it's not, i am happy to help out when + where i can and perhaps there is a better fit in the future. as always, please let me know if there are any questions, etc.

regardless of outcome gentlemen, i am genuinely grateful for the time you've spent over the last couple weeks conversing with me about g4 and sharing your visions. i know you will kickass either way.. this is the mona lisa.

best, yk

[Quoted text hidden]

---

**Gurbaksh Chahal** <gchahal@gravity4.com>                                        Wed, Jun 18, 2014 at 1:16 PM
To: Yousef Khraibut <ysfbintaleb@gmail.com>
Cc: Dan Grigorovici <dan@gravity4.com>

The salary is a bit high for this early stage in the game. Let's discuss this email in detail today.
[Quoted text hidden]

---

**Yousef Khraibut** <ysfbintaleb@gmail.com>                                       Wed, Jun 18, 2014 at 4:03 PM
To: Gurbaksh Chahal <gchahal@gravity4.com>
Cc: Dan Grigorovici <dan@gravity4.com>

sure.. where is your head at?
[Quoted text hidden]

# EXHIBIT B



**gurbaksh.chahal**
Online

August 10, 2014

**gurbaksh.chahal**
I wonder if I can make you a resident of Bermuda or Ireland — 9:23 PM
You can technically work for me — 9:23 PM
And those are the two other locations we are going to have as holding companies. — 9:24 PM
Research what type of connections Canadians have with Bermuda or Ireland — 9:24 PM
I'm going to become a resident of Bermuda — 9:24 PM

**Yousef bin Taleb**
I've lived in ireland while my brother was in school — 9:24 PM
okay — 9:24 PM

**gurbaksh.chahal**
Yeah but I'm talking about school. — 9:25 PM
I mean employment and residency — 9:25 PM
If it's easier for you to get that — 9:25 PM
Than US — 9:25 PM

# EXHIBIT C

**gurbaksh.chahal**
Online

August 10, 2014

**Yousef bin Taleb**
you know salary is not a driving factor for me, i came here because i believed in you and your vision and i wanted to create something great together — 9:07 PM

you know my word is bond — 9:08 PM

**Gurbaksh Chahal**
Then stop being a pussy and give me your resume so I can first make you legal — 9:08 PM

# EXHIBIT D

**No SIM**   2:23 PM

‹ Messages   **Gurbaksh**   Details

Mon, Sep 22, 6:24 AM

> You got 2 more minutes to get your sorry ass up to my place and apologize to Kapp. Before I book your ass to Toronto now.

> And I am not joking.

>> I'm on the phone with Dan

> Your time is running out with me

> 2 fucking minutes get your sorry ass up here

>> I'm talking To dan my signal will die just give me a minute

iMessage