UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUSEF KHRAIBUT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GURBAKSH CHAHAL, et al.,<br><br>　　　　Defendants. | Case No. 3:15-cv-04463-CRB<br><br>**CLERK'S NOTICE**<br>Re: Dkt. No. 75 |

　　The Order to Show Cause hearing set for June 14, 2019 before the Honorable Charles R. Breyer is rescheduled to July 12, 2019 at 8:30 a.m. The hearing will not be rescheduled again without substantial showing. Please report to the Philip Burton Federal Building, 450 Golden Gate Avenue, 17th floor, Courtroom 6, San Francisco, CA.

Dated: June 12, 2019

　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　Clerk, United States District Court


　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　Lashanda Scott, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　Honorable CHARLES R. BREYER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUSEF KHRAIBUT,<br><br>      Plaintiff,<br><br>v.<br><br>GURBAKSH CHAHAL, et al.,<br><br>      Defendants. | Case No. 3:15-cv-04463-CRB<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 12, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gurbaksh Chahal
2 Queen's Road Central
Hong Kong,


Dated: June 12, 2019

                                              Susan Y. Soong
                                              Clerk, United States District Court

                                              By: _____
                                              Lashanda Scott, Deputy Clerk to the
                                              Honorable CHARLES R. BREYER