MARK J. GERAGOS (SBN: 108325)
mark@geragos.com
SETARA QASSIM (SBN: 283552)
qassim@geragos.com
GERAGOS & GERAGOS
644 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 625-3900
Facsimile: (213) 232-3255

Attorneys for Plaintiff Yousef Khraibut

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| YOUSEF KHRAIBUT,<br><br>    Plaintiff,<br><br>    v.<br><br>GURBAKSH CHAHAL, et al.,<br><br>    Defendants. | CASE NO. 3:15-cv-04463-CRB<br><br>**DECLARATION OF MARK J. GERAGOS IN SUPPORT OF PLAINTIFF'S SUPPLEMENTAL BRIEF IN RESPONSE TO COURT'S ORDER (DKT. 98)** |

1    I, Mark J. Geragos, declare as follows:

2    1.   I am an attorney-at-law, licensed to practice before all courts in the State of California, and I am the Principal at Geragos & Geragos., attorneys for Plaintiff Yousef Khraibut in the above-captioned case.

3    2.   Pursuant to this Court's Order (Dkt. 98), attached as **Exhibit A** is a true and correct copy of my firm's billing record for this matter.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct. Executed on March 4, 2021, at San Francisco, California

<u>s/ Mark J. Geragos</u>
Mark J. Geragos (CA SBN: 108325)
mark@geragos.com

# EXHIBIT A

| CLIENT NAME | TIMEKEEPER | ACTIVITY NAME | DATE | TIME SPENT (hours) | HOURLY RATE | DESCRIPTION |
|---|---|---|---|---|---|---|
| Yousef Khraibut | Mark Geragos | Attorney Time | 5/4/2017 | 0.5 | $1,750.00 | Email correspondence with co-counsel re: Mediation, possible arbitration |
| Yousef Khraibut | Mark Geragos | Attorney Time | 5/23/2017 | 1 | $1,750.00 | Reviewed links re: Chahal's claims against Radium One |
| Yousef Khraibut | Mark Geragos | Attorney Time | 5/31/2017 | 1 | $1,750.00 | Review Mediation Hearing Documents |
| Yousef Khraibut | Mark Geragos | Attorney Time | 6/21/2017 | 0.5 | $1,750.00 | Email correspondence with co-counsel re: new law suit filed against Chahal |
| Yousef Khraibut | Mark Geragos | Attorney Time | 7/4/2017 | 0.25 | $1,750.00 | Email correspondence with co-counsel re: ADR Services |
| Yousef Khraibut | Mark Geragos | Attorney Time | 7/24/2017 | 0.5 | $1,750.00 | Email correspondence with co-counsel |
| Yousef Khraibut | Mark Geragos | Attorney Time | 8/14/2017 | 1 | $1,750.00 | Email correspondence with co-counsel, Call with HD about seeking sanctions |
| Yousef Khraibut | Mark Geragos | Attorney Time | 8/18/2017 | 0.25 | $1,750.00 | Email correspondence with co-counsel |
| Yousef Khraibut | Mark Geragos | Attorney Time | 8/28/2017 | 1 | $1,750.00 | review of discovery documents |
| Yousef Khraibut | Mark Geragos | Attorney Time | 8/29/2017 | 0.5 | $1,750.00 | Email correspondecne with co - cousnel, Review of Draft of Statements of Disputed issues and Claims |
| Yousef Khraibut | Mark Geragos | Attorney Time | 9/12/2017 | 2 | $1,750.00 | review discovery documents; email correspondence with |
| Yousef Khraibut | Mark Geragos | Attorney Time | 9/18/2017 | 0.5 | $1,750.00 | Email Correspondence with client, co-counsel re addition to case |
| Yousef Khraibut | Ben Meiselas | Attorney Time | 10/3/2017 | 0.5 | $850.00 | participate in Arbitration Management Conference Call |
| Yousef Khraibut | Mark Geragos | Attorney Time | 10/3/2017 | 0.5 | $1,750.00 | Email Correspondence with HD re case issues/status |
| Yousef Khraibut | Mark Geragos | Attorney Time | 10/3/2017 | 0.25 | $1,750.00 | Email correspondence with co-cousel re: new dates |
| Yousef Khraibut | Mark Geragos | Attorney Time | 10/12/2017 | 0.5 | $1,750.00 | Email correspondence with co-counsel re: Deposition |
| Yousef Khraibut | Mark Geragos | Attorney Time | 10/23/2017 | 0.25 | $1,750.00 | Email Correspondence with HD re client deposition |
| Yousef Khraibut | Mark Geragos | Attorney Time | 11/6/2017 | 1.5 | $1,750.00 | Email correspondence with co-counsel re: Depostions , Reviewed deposition transcripts and exhibits |
| Yousef Khraibut | Mark Geragos | Attorney Time | 11/7/2017 | 0.5 | $1,750.00 | Call with HD re Arbitration matter |
| Yousef Khraibut | Mark Geragos | Attorney Time | 11/10/2017 | 1 | $1,750.00 | Review Respondent's Opening Arbitration Brief, Proposed witness list and proposed exhibits list |
| Yousef Khraibut | Mark Geragos | Attorney Time | 11/10/2017 | 1.5 | $1,750.00 | Review Arbitration Brief |
| Yousef Khraibut | Mark Geragos | Attorney Time | 11/13/2017 | 2 | $1,750.00 | Review Transcripts, exhibits, and videos of depositions |
| Yousef Khraibut | Mark Geragos | Attorney Time | 11/16/2017 | 1 | $1,750.00 | Participate in Telephonic Arbitration Management Conference |
| Yousef Khraibut | Mark Geragos | Attorney Time | 11/17/2017 | 0.75 | $1,750.00 | Call with HD re case status/review |
| Yousef Khraibut | Mark Geragos | Attorney Time | 12/16/2017 | 0.5 | $1,750.00 | Email correspondence with opposing counsel re: Deposition of Nikhil Sharma |
| Yousef Khraibut | Mark Geragos | Attorney Time | 12/18/2017 | 1 | $1,750.00 | Email correspondence with co-counsel, call with HD |
| Yousef Khraibut | David Gammill | Attorney Time | 1/8/2018 | 5.15 | $650.00 | File review |
| Yousef Khraibut | David Gammill | Attorney Time | 1/14/2018 | 2.5 | $650.00 | Review Motions In Limine |
| Yousef Khraibut | David Gammill | Attorney Time | 1/15/2018 | 8 | $650.00 | File review for Arbitration |
| Yousef Khraibut | David Gammill | Attorney Time | 1/16/2018 | 6.15 | $650.00 | Prepare for Arbitration |
| Yousef Khraibut | David Gammill | Attorney Time | 1/17/2018 | 2.85 | $650.00 | Prepare for Arbitration |
| Yousef Khraibut | David Gammill | Attorney Time | 1/18/2018 | 10 | $650.00 | Continue Preparing for Arbitration |
| Yousef Khraibut | David Gammill | Attorney Time | 1/19/2018 | 8 | $650.00 | Prepare for Arbitration |
| Yousef Khraibut | Mark Geragos | Attorney Time | 1/19/2018 | 1 | $1,750.00 | Email correspondence with DG/co-counsel; review of case file |
| Yousef Khraibut | David Gammill | Attorney Time | 1/20/2018 | 3 | $650.00 | Prepare for Arbitration |
| Yousef Khraibut | David Gammill | Attorney Time | 1/21/2018 | 8 | $650.00 | Abribtration prep. meet with client. meet with co counsel. (Travel time) |
| Yousef Khraibut | David Gammill | Attorney Time | 1/22/2018 | 11 | $650.00 | Arbitration |
| Yousef Khraibut | David Gammill | Attorney Time | 1/23/2018 | 3 | $650.00 | Travel (return) |
| Yousef Khraibut | Mark Geragos | Attorney Time | 2/9/2018 | 1 | $1,750.00 | Email correspondence with client and co-counsel re Arbitrator's order re Arbitrability |
| Yousef Khraibut | Mark Geragos | Attorney Time | 2/21/2018 | 0.5 | $1,750.00 | Call with opposing counsel |
| Yousef Khraibut | Mark Geragos | Attorney Time | 2/28/2018 | 0.25 | $1,750.00 | Email correspondence with co-counsel re: Proposed Order |
| Yousef Khraibut | David Gammill | Attorney Time | 3/5/2018 | 0.5 | $650.00 | Call with opposing counsel |
| Yousef Khraibut | Mark Geragos | Attorney Time | 3/12/2018 | 0.25 | $1,750.00 | Email correspondence with co-counsel re: Administrative Motion |
| Yousef Khraibut | Mark Geragos | Attorney Time | 3/21/2018 | 1 | $1,750.00 | Discussion with client/co-counsel re arbitration; review Order on Administrative Motion |
| Yousef Khraibut | Mark Geragos | Attorney Time | 3/29/2018 | 1 | $1,750.00 | Email correspondence with client, co-counsel; review of case file |
| Yousef Khraibut | David Gammill | Attorney Time | 4/3/2018 | 0.85 | $650.00 | Discuss mediation with def counsel |
| Yousef Khraibut | Mark Geragos | Attorney Time | 4/26/2018 | 2 | $1,750.00 | Review of case law and case file; email correspondence with client and co-counsel |
| Yousef Khraibut | Mark Geragos | Attorney Time | 5/7/2018 | 0.25 | $1,750.00 | Email correspondence with co-counsel re: FBI |
| Yousef Khraibut | David Gammill | Attorney Time | 5/8/2018 | 0.75 | $650.00 | Discussion re strategy with client |

| Yousef Khraibut | David Gammill | Attorney Time | 5/18/2018 | 0.25 | $650.00 | Email and calling opposing counsel |
| Yousef Khraibut | Mark Geragos | Attorney Time | 6/27/2018 | 0.5 | $1,750.00 | Reveiw of ECF Doc 51 |
| Yousef Khraibut | Mark Geragos | Attorney Time | 8/3/2018 | 0.75 | $1,750.00 | Email correspondence with client, co-counsel |
| Yousef Khraibut | Mark Geragos | Attorney Time | 9/5/2018 | 0.25 | $1,750.00 | Email correspondence with co-counsel |