IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUSEF KHRAIBUT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GURBAKSH CHAHAL, et al.,<br><br>　　　　Defendants. | Case No. 15-cv-04463-CRB<br><br>**JUDGMENT** |

For the reasons set forth in the Court's order granting Plaintiff Yousef Khraibut's Motion for Default Judgment, see Dkt. 105 at 44, judgment is entered in favor of Khraibut and against Defendants Gurbaksh Chahal and Gravity4, Inc. As explained in the Court's prior order, Gravity4 is individually liable for $339,300 in damages. Chahal is individually liable for $31,500 in damages. Gravity4 and Chahal are jointly and severally liable for $826,160.20 in damages, plus $538,492 in attorneys' fees and costs. See id.

**IT IS SO ORDERED.**

Dated: March 26, 2021

_____
CHARLES R. BREYER
United States District Judge